IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JUANITA HOLMES | * |
| Plaintiff | * |
| v. | *   Case No.: CCB-09-1275 |
| LVNV FUNDING, LLC AND MANN BRACKEN, LLP | * |
| | * |
| Defendants | |

\* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Juanita Holmes, by her attorney, hereby dismisses all claims against Defendants LVNV Funding, LLC and Mann Bracken, LLP with Prejudice in the above-captioned matter.

Respectfully submitted,

/s/ Jan I. Berlage
Jan I. Berlage 23937
Gohn, Hankey & Stichel, LLP
201 N. Charles, Suite 2101
Baltimore, Maryland 21201
(410) 752-9300

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of November, 2009 a copy of Plaintiff's Notice of Dismissal With Prejudice was served via electronically to:

Ronald Canter, Esq.
11300 Rockville Pike, Suite 1200
Rockville, Maryland 20852

/s/ Jan I. Berlage
Jan I. Berlage