IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JUANITA HOLMES | * | |
| Plaintiff | * | |
| v. | * | Case No.: CCB-09-1275 |
| LVNV FUNDING, LLC AND MANN BRACKEN, LLP | * | |
| | * | |
| Defendants | | |

\* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Juanita Holmes and Defendants LVNV Funding, LLC and Mann Bracken, LLP (collectively "Defendants"), by their attorneys, hereby dismiss all claims against Defendants with Prejudice in the above-captioned matter, with each party to pay their own costs, expenses and attorney fees.

Respectfully submitted,

| | |
|---|---|
| /s/ Jan I. Berlage | /s/ Ronald Canter |
| Jan I. Berlage 23937 | Ronald Canter |
| Gohn, Hankey & Stichel, LLP | 11300 Rockville Pike |
| 201 N. Charles, Suite 2101 | Suite 1200 |
| Baltimore, Maryland 21201 | Rockville, Maryland 20852 |
| (410) 752-9300 | |
| Attorney for Plaintiff | Attorney for Defendants |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of December, 2009 a copy of Plaintiff's Notice of Stipulation of Dismissal With Prejudice was served via electronically to:

Ronald Canter, Esq.
11300 Rockville Pike, Suite 1200
Rockville, Maryland 20852

/s/ Jan I. Berlage
Jan I. Berlage